No. 94–1343. MONTANA ET AL. *v.* FORT BELKNAP INDIAN COMMUNITY OF THE FORT BELKNAP INDIAN RESERVATION; and

No. 94–1344. JESSUP, ADMINISTRATOR OF THE GAMING CONTROL DIVISION, ET AL. *v.* BLACKFEET TRIBE OF THE BLACKFEET RESERVATION. C. A. 9th Cir. Certiorari granted, judgment

vacated, and cases remanded for further consideration in light of *Seminole Tribe of Fla.* v. *Florida, ante,* p. 44. Reported below: 39 F. 3d 1186.